

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00189-CV

Maryann **CASTRO**,
Appellant

v.

**MLB SUB I, LLC**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4343
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:       Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The panel has considered Appellants' motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so ORDERED on September 8, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court